UNITED STATES ex rel. MONTANA ORE PURCHASING CO. et al. v. CIRCUIT COURT, NINTH CIRCUIT, DISTRICT OF MONTANA et al.

(Circuit Court of Appeals, Ninth Circuit. October 17, 1903.)

No. 1,007.

1. CIRCUIT COURTS OF APPEAL—POWER TO ISSUE WRITS OF CERTIORARI.
    The Circuit Court of Appeals has power to issue writs of certiorari only in aid of its appellate jurisdiction, and cannot issue such a writ to review an order of a Circuit Court which is not appealable.

## On Petition for Writ of Certiorari.

The petitioners, the Montana Ore Purchasing Company et al., filed a petition for a writ of certiorari to review the action of the court below in making the order of inspection and survey mentioned in the next preceding case, and therein held by the court not to be appealable.

James M. Denny and John J. McHatton, for petitioners.
Forbis & Evans, Crittenden Thoronton, and J. F. Riley, for respondents.

Before GILBERT and ROSS, Circuit Judges, and HAWLEY, District Judge.

PER CURIAM. Having decided that the order is not appealable, and the case not being before us on appeal, it follows that the petition must be denied. This court has the power to issue the writ only in aid of its appellate jurisdiction. Section 12, Act March 3, 1891, c.

517, 26 Stat. 829 [U. S. Comp. St. 1901, p. 553], to establish Circuit Courts of Appeals; United States v. Young, 94 U. S. 258, 24 L. Ed. 153.